584 A.2d 226

THE RECTOR, WARDENS AND VESTRYMEN OF THE CHURCH OF THE ASCENSION OF JERSEY CITY, ETC., v. THE DIOCESE OF NEWARK, ETC., ET AL.

May 30, 1990.

Petition for certification denied.